IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY W. CAMPBELL,

    Plaintiff,                    No. 2:04cv1244-FCD-JFM PS

    vs.

BRIAN DeAMICUS, et al.,

    Defendants.              ORDER

_____/

       On June 24, 2008, plaintiff filed a document entitled "Request for certification to appeal the above matter." Id. This action was closed on December 21, 2004. On December 29, 2004, plaintiff filed a timely notice of appeal, but on June 21, 2005, the United States Court of Appeals for the Ninth Circuit dismissed plaintiff's appeal based on his failure to pay the filing fee for the appeal. (Docket No. 60.) Accordingly, plaintiff's request will be denied.

       IT IS HEREBY ORDERED that plaintiff's June 24, 2008 request is denied. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: July 21, 2008.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/001; camp1244.den